UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKITA DOBRIANSKYI, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*,[1] <br><br> Defendants. | Case No. 2:24-cv-01881-JHC <br><br> ORDER |

Before the Court is Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(6). Dkt. # 4. Because Plaintiff has since filed an amended complaint, Dkt. # 7, the Court STRIKES the motion as moot.

Dated this 3rd day of March, 2025.

JOHN H. CHUN
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substituted Secretary of State Marco Rubio for Antony Blinken and Senior Bureau Official Julie M. Stufft for Rena Bitter.

ORDER
[Case No. 2:24-cv-01881-JHC] - 1