UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NIKITA DOBRIANSKYI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF STATE, a *federal agency*, ANTONY J. BLINKEN, *Secretary*, RENA BITTER, *Assistant Secretary*, MICHAEL CLAUSEN, *Deputy Chief of Mission*, JOHN/JANE DOE, *Consular Officer*,<br><br>　　　　　Defendants. | CASE NO. 2:24-cv-01881-JHC<br><br>**STIPULATED MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

STIPULATION

Plaintiff Nikita Dobrianskyi and Defendants U.S. Department of State, Antony J. Blinken, *Secretary*, Rena Bitter, *Assistant Secretary*, Michael Clausen, *Deputy Chief of Mission* and John/Jane Doe, *Consular Office* by and through their undersigned counsel, hereby stipulate that all the claims and causes of action in this matter shall be dismissed without prejudice, with each party bearing their own attorney's fees, costs, and expenses.

DATED March 25, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Al Roundtree

Al Roundtree (WA Bar # 54851)
Fox Rothschild LLP
1001 Fourth Avenue Suite 4400
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
ARoundtree@foxrothschild.com

Carl W. Hampe (DC Bar # 440475)
Daniel P. Pierce (DC Bar # 988836)
Fragomen, Del Rey, Bernsen & Loewy LLP
1101 15th St. NW Suite 700
Washington, DC  20005
Phone: (202) 223-5515
Fax: (202) 371-2898
champe@fragomen.com
dpierce@fragomen.com

*Attorneys for Plaintiffs*

*/s/ Michelle R. Lambert*
Michelle R. Lambert (NYS #4666657)
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (206) 553-7970
Fax: (206) 553-4067
Email: michelle.lambert@usdoj.gov

## ORDER OF DISMISSAL

Based on the above Stipulation, IT IS ORDERED as follows:

1. All the claims and causes of action in this matter shall be dismissed without prejudice; and

2. Each party shall bear its own attorney's fees, costs, and expenses.

3. The Court STRIKES as moot the motion at Dkt. # 11.

/

/

1 | DATED this 26th day of March, 2025.

2

3 | _____
John H. Chun
4 | United States District Judge